■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS CAMPBELL, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 15, 1975, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. Upon the argument of this appeal, defendant's counsel withdrew the contention that counsel representing defendant at the time of plea and sentence was incompetent. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.